# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Mikanda v. Hillman, et al.</u> : | CIVIL NO. 1:CV-10-1492 |
| Inmate: | Neyembo Mikanda : | (Judge Conner) |
| ID Number: | 37837-086 : | |

## **ORDER**

On July 20, 2010, Neyembo Mikanda, an inmate currently confined at the Allenwood Low Security Correctional Institution, White Deer, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u> in a civil rights case. By Administrative Order dated July 26, 2010, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form.

On August 31, 2010, the Plaintiff filed a motion for a 90 day extension of time to pay the filing fee. By Order dated October 5, 2010, the motion was granted and he was afforded until November 5, 2010 in which to either pay the filing fee or file a properly completed application to proceed <u>in forma pauperis</u> and an authorization form, or this case would be dismissed without prejudice.

The Plaintiff has neither made an appropriate submission nor requested a further extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge

Dated:           November 10, 2010